# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ALONSO PLUMMER,**

    **Plaintiff,**

v.                                    **CASE NO. 4:04-cv-00477-MP-AK**

**THOMAS A CREWS,**
**K GOLDEN,**
**P JEFFERSON,**
**R SWEITZER,**

    **Defendants.**

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion to Dismiss his complaint. (Doc. 14). Having considered said motion, the Court is of the opinion that it should be GRANTED, and this cause DISMISSED.

**DONE AND ORDERED** at Gainesville, Florida, this **27**th day of April, 2005.

                                      **s/ A. KORNBLUM**
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**